IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
       v.                      )        Case No. 09-cv-142
                               )
BARBARA SEAMAN,                )
                               )
              Defendant.       )

---

ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Barbara Seaman, pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Barbara Seaman is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 17th day of ~~June~~ July, 2009.

Peter Oppeneer, Clerk of Court