IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA SEAMAN,<br><br>    Defendant. | Case No. 09-CV-142 |

### DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Barbara Seaman, as follows:

| | |
|---|---|
| Principal | $ 5,348.00 |
| Interest through July 10, 2008 | $ 5,896.00 |
| Interest from July 11, 2008 through June 11, 2009 | $ 443.52 |
| TOTAL | $11,687.52 |

together with interest thereon at the rate of 9% per annum until the date judgment is entered, a civil filing fee of $350.00, a United States Marshal fee of $214.50, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this 7th day of July, 2009.

_____
PETER OPPENEER
Clerk of Court